UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
AKF INC.                                                        :

                Plaintiff,        :        <u>ORDER</u>

    -v.-                                                    :
                                   23 Civ. 1619 (PGG) (GWG)
SIERRA SLOT SOURCE LLC et al.,                                 :

              Defendants.        :
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Respondent shall file any opposition to the motion to remand on or before March 28, 2023. Respondent is warned that if respondent fails to file a timely response, the motion to remand may be granted as unopposed.  Petitioner may file any reply within 7 days of the filing of any opposition by respondent.

       SO ORDERED.

Dated: March 14, 2023
       New York, New York

                              _____
                              GABRIEL W. GORENSTEIN
                            United States Magistrate Judge